CHARNIN CONTRACTING CORP., Appellant, v. WALTER KEENAN and CENTRAL HANOVER BANK AND TRUST COMPANY, as Executors, etc., of JOHN G. CAVANAGH, Deceased, Respondents; HARRY WINKLER and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

SIDNEY A. CLARKSON, as Executor, etc., of MARY J. LUSHER, Deceased, Respondent, v. WALTER R. LUSHER, Individually and as Executor, etc., of MARY J. LUSHER, Deceased, Appellant.— Motion to extend to October 13, 1938, the time for filing account granted and time extended accordingly. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

COLONIAL DISCOUNT Co., INC., Respondent, v. BISHOP, McCORMICK & BISHOP, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. (Appellate Term Rules, rule VII.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

DAYTON SUPPLY CORPORATION, Respondent, v. HANNAH STADLEN and Another, Appellants, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

FLORENCE I. DUGGAN and Another, Respondents, v. SUNNY-BLISS REALTIES, INC., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ROBERT EFFENBERGER and Another, Respondents, v. IRVING SHERMAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ROSE FINKELSTEIN, Respondent, v. ABRAHAM HOROWITZ and JULIUS WHITE, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

HELEN GOLDMAN and Another, Respondents, v. BANKERS TRUST COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

AUGUSTUS C. D. HAGEMANN, Appellant, v. THE TEXAS COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.